**Maria C. Mannarino**
Managing Associate

maria.mannarino@dentons.com
D   +1 212 768 5311

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

大成  Salans FMC SNR Denton McKenna Long
dentons.com

July 23, 2021



**VIA ECF**

The Honorable Katharine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    Jaquez v. Gorilla Fitness, LLC: Case No. 1:20-cv-10632-KPF

Dear Judge Failla:

We represent defendant Gorilla Fitness, LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, Ramon Jaquez, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from July 23, 2021 to September 6, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

Respectfully submitted,

*/s/ Maria C. Mannarino*
Maria C. Mannarino

cc:    All counsel of record (by ECF)

Application GRANTED.  All deadlines and conferences in this matter are hereby adjourned.  Furthermore, the Court ORDERS that this action be conditionally discontinued without prejudice and without costs; provided, however, that on or before **September 6, 2021,** the parties may submit to the Court their own Stipulation of Settlement and Dismissal for the Court to So Order.  Otherwise, within such time Plaintiff may apply by letter for restoration of the action to the active calendar of the Court in the event that the settlement is not consummated.  Upon such application for reinstatement, the parties shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket, and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within ten (10) days of the application, to schedule remaining pretrial proceedings and/or dispositive motions, as appropriate.  This Order shall be deemed a final discontinuance of the action with prejudice in the event that Plaintiff has not requested restoration of the case to the active calendar on or before **September 6, 2021.**

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.


Dated:  July 26, 2021          SO ORDERED.
        New York, New York

                               *Katherine Polk Failla*

                               HON. KATHERINE POLK FAILLA
                               UNITED STATES DISTRICT JUDGE